1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    DONALD JAMES BRUCE HATTON, Sr.,              Case No.  2:23-cv-00020-JDP (PC)

11              Plaintiff,                         ORDER DIRECTING PLAINTIFF TO FILE
                                                   AN APPLICATION TO PROCEED IN
12        v.                                       FORMA PAUPERIS OR PAY THE FILING
                                                   FEE
13    KIMBERLY CUISNOT, *et al.*,

14              Defendants.

15

16           Plaintiff, who is confined in a county care center and proceeding pro se, has filed a civil

17    rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis*

18    affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28

19    U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the

20    appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the

21    required fees totaling $402.00.

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court,

25    or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will

26

---

27           [1]  If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $52.00 administrative fee.

                                                     1

result in a recommendation that this action be dismissed; and

     2.  The Clerk of Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:   __March 7, 2023__                           _____

                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE