1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONALD JAMES BRUCE HATTON,          Case No.  2:23-cv-00020-DJC-JDP (PC)
     Sr.,
12
                     Plaintiff,
13                                        ORDER
              v.
14
     KIMBERLY CUISNOT, *et al.*,
15
                     Defendants.
16

17

18        Plaintiff, who is confined in a county care center and proceeding pro se, has

19   filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was

20   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

21   Local Rule 302.

22        On May 17, 2023, the Magistrate Judge filed findings and recommendations

23   herein which were served on Plaintiff and which contained notice to Plaintiff that any

24   objections to the findings and recommendations were to be filed within fourteen

25   days.  Plaintiff has not filed objections to the findings and recommendations.

26        The Court presumes that any findings of fact are correct.  *See Orand v. United

27   States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

28   are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 17, 2023, are adopted in full;

2. This action is dismissed without prejudice for failure to pay the required filing fee and failure to comply with court orders; and

3. The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **June 17, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE